UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Florence B. Hannon

v.  Case No. 19-cv-823-JD

State of New Hampshire

ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 22, 2019.

/s/ Joseph A. DiClerico, Jr.
Joseph A. DiClerico, Jr.
United States District Judge

Date: December 6, 2019

cc: Florence B. Hannon, pro se